HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA SARDINAS, individually, and on behalf of her minor child, G.M.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, a foreign corporation, and JOHN and JANE DOES 1-10,<br><br>Defendant. | No. 2:19-cv-00257-JLR<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS BY ALL PARTIES** |

TO: THE CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

Notice is hereby given, pursuant to LCR 11, that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

A stipulation for dismissal will be filed according to FRCP 41(a)(1)(A)(ii).

//

//

//

NOTICE OF SETTLEMENT OF ALL CLAIMS
(NO. 2:19-CV-00257-JLR) - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED: January 7, 2020.

CONNELLY LAW OFFICES, PLLC
Attorneys for Plaintiffs

By: */s/ Samuel J. Daheim*
   Julie A. Kays, WSBA No. 30385
   Samuel J. Daheim, WSBA No. 52746
   2301 North 30th Street
   Tacoma, WA 98403
   Telephone: (253) 593-5100
   Email: sdaheim@connelly-law.com
   Email: jkays@connelly-law.com

STOKES LAWRENCE, PS
Attorneys for United Airlines, Inc.

By: */s/ Rachael R. Wallace*
   Caryn Geraghty Jorgensen, WSBA No. 27514
   John Fetters, WSBA No. 40800
   Rachael R. Wallace, WSBA No. 49778
   1420 5th Avenue, Suite 3000
   Seattle, WA 98101
   Telephone: (206) 626-6000
   Email: Caryn.Jorgensen@stokeslaw.com
   Email: John.Fetters@stokeslaw.com
   Email: Rachael.Wallace@stokeslaw.com.

NOTICE OF SETTLEMENT OF ALL CLAIMS
(NO. 2:19-CV-00257-JLR) - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Julie Kays, jkays@connelly-law.com, mforsom@connelly-law.com, pwells@connelly-law.com

Samuel Daheim, sdaheim@connelly-law.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant:

N/A

and correct copy of the foregoing to the following non-CM/ECF participant:

N/A

DATED this 7th day of January, 2020.

*/s/ Rachael R. Wallace*
Rachael R. Wallace

NOTICE OF SETTLEMENT OF ALL CLAIMS
(NO. 2:19-CV-00257-JLR) - 3

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000